UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE KELLY CLARKE,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERIFF; et al.,<br><br>    Defendants.<br>_____/ | No. C 15-1856 SI (pr)<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate at the Shasta County Jail, filed this civil rights action under 42 U.S.C. § 1983, apparently complaining about events and omissions that occurred at the jail and/or in connection with his criminal prosecution in Shasta County. Shasta County is within the venue of the Eastern District of California. Some or all of the defendants apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint appears to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: April 28, 2015

                                                          _____<br>
                                                              SUSAN ILLSTON<br>
                                                              United States District Judge